IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| GREGORY S. SMALL, | : | |
| --- | --- | --- |
| | : | Case No. 2:17-CV-737 |
| Plaintiff, | : | |
| | : | JUDGE ALGENON L. MARBLEY |
| v. | : | |
| | : | Magistrate Judge Jolson |
| WALT HOLLEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's October 2, 2017 **Report and Recommendation** (ECF No. 5), which recommended that Plaintiff's motion for leave to proceed *in forma pauperis* be denied (ECF No. 1) and that the action be dismissed for failure to prosecute.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 5 at 2–3.) The parties have failed to file any objections, and the deadline for objections (October 16, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The case is hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

                                                                                                     **s/ Algenon L. Marbley**
                                                                                                     **ALGENON L. MARBLEY**
                                                                                                     **UNITED STATES DISTRICT JUDGE**

**DATED: December 12, 2017**